**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Christine Aversa fdba Burger Girl, LLC <br> <u>Debtor</u> | BKY. NO. 18-11111 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage as servicer for Amalgamated Bank and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/ Kevin G. McDonald, Esquire**
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322 FAX (215) 627-7734