Certificate Number: 15317-PAE-DE-030893946

Bankruptcy Case Number: 18-11111



15317-PAE-DE-030893946

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 17, 2018</u>, at <u>1:04</u> o'clock <u>PM PDT</u>, <u>Christine Aversa</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 17, 2018</u>          By:      <u>/s/Mayshiel Dacanay</u>

Name:   <u>Mayshiel Dacanay</u>

Title:   <u>Certified Counselor</u>