United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11111-amc
Christine Aversa                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: YvetteWD            Page 1 of 1              Date Rcvd: May 22, 2018
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db             +Christine Aversa,    1002 Woodview Court,    Warrington, PA 18976-2453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
      DANA S. PLON    on behalf of Creditor    ERP New Britain Property Owner LP dplon@sirlinlaw.com
      KENNETH G. HARRISON    on behalf of Debtor Christine  Aversa kghesq@juno.com
      KEVIN G. MCDONALD    on behalf of Creditor    Amalgamated Bank bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christine Aversa fdba Burger Girl, LLC<br>　　　　　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| **Amalgamated Bank**<br>　　　　　　　　　　　　　　　Movant<br>　　vs. | NO. 18-11111 AMC |
| Christine Aversa fdba Burger Girl, LLC<br>　　　　　　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber<br>　　　　　　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 21st day of May, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 5 Forest Dr., Flemington, NJ 08822 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Christine Aversa fdba Burger Girl, LLC
1002 Woodview Court
Warrington, PA 18976

Kenneth G. Harrison, Law Office of Kenneth G. Harrison
Five Neshaminy Interplex, Suite 115
Trevose, PA 19053

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532